IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. EP-21-CV-213-KC |
| **THE DESIGN LAZA, INC.; and ALI KHAN,** | § § § § | |
| Defendants. | § § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On April 28, 2022, the Clerk entered default against The Design Laza, Inc., ECF No. 18, the sole remaining Defendant in this case, *see* ECF No. 12. That Defendant has not moved to set aside default, nor made any other filings in this case.

Accordingly, Plaintiff is hereby **ORDERED** to **MOVE** for default judgment **on or before June 24, 2022**.

**SO ORDERED**.

SIGNED this 10th day of June, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE